UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MERLE RALPH FERGUSON,<br><br>                        Plaintiff,<br>v.<br>UNITED STATES OF AMERICA, et al.,<br><br>                        Defendants. | Case No.: 15cv1253 JM (RNB)<br><br>**ORDER GRANTING IN PART AND DENYING IN PART SECOND JOINT MOTION TO CONTINUE HEARING FOR DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

       The parties jointly move the court to continue the hearing date for Defendant's motion for summary judgment from July 16, 2018, to July 23, 2018. (Doc. No. 65.) The parties seek to continue the hearing date a second time because of a clerical error in their first motion to continue. Additionally, the parties wish to alter the briefing schedule on the motion for summary judgment because of a potential settlement conference before Magistrate Judge Block. Although the parties provide June 19 as the potential date for the settlement conference, the court notes that Magistrate Judge Block has yet to decide whether to set a settlement conference on calendar at all. (See Doc. No. 62.) Therefore, it does not serve as a valid basis for pushing back the briefing schedule by two weeks. However, the court will allow the parties an additional week each to submit their briefing.

Accordingly, the court grants in part and denies in part the motion. The hearing date for Defendant's motion for summary judgment, (Doc. No. 59), is continued from July 16, 2018, to *July 23, 2018*, at 10:00 a.m. in Courtroom 5D. Plaintiff's opposition is due *June 25, 2018*, and Defendant's reply is due *July 2, 2018*.

IT IS SO ORDERED.

DATED: June 14, 2018

JEFFREY T. MILLER
United States District Judge